UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIMOTHY HOLLOWAY,<br><br>                                    Plaintiff,<br><br>     v.<br><br>PLUSFOUR, INC., et al.,<br><br>                                    Defendants. | Case No. 2:16-cv-02858-JCM-PAL<br><br>ORDER |

Before the court is the Notice of Settlement (ECF No. 4) between Plaintiff and Defendant Equifax Information Services, LLC.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall have until **March 10, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation of dismissal will be filed.

DATED this 9th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE