UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| TIMOTHY HOLLOWAY, | | Case No. 2:16-cv-02858-JCM-PAL |
| | Plaintiff, | ORDER |
| v. | | |
| PLUSFOUR, INC., et al., | | |
| | Defendants. | |

Before the court is the Notice of Settlement (ECF No. 20) between Plaintiff and Defendant Discover Bank, who has not yet made an appearance in this action.  Plaintiff requests 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **April 28, 2017,** to file a notice of voluntary dismissal of Discover Bank, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 28th day of February, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE