Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>           Plaintiff,<br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>           Defendants. | Case No.: 2:16-cv-02858-JCM-PAL<br><br>**Stipulation of Dismissal of Discover Bank** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Timothy Holloway ("Plaintiff") and Defendant Discover Bank ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of March 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Lindsay C Demaree
Lindsay C Demaree, Esq.
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorneys for Defendant Discover Bank*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 15, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117