Michael Kind, Esq.
Nevada State Bar Number: 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada State Bar Number: 13703
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada State Bar Number: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suit 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>            Plaintiff,<br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC, and Experian Information Solutions, Inc.,<br><br>            Defendants. | Case No.: 2:16-cv-02858-JCM-PAL<br><br>**Stipulation For An Extension Of Time For Plaintiff To Respond To Defendant Bank of America, N.A.'s Motion To Dismiss**<br><br>**[Second Request]** |

Plaintiff Timothy Holloway ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until March 27, 2017—for Plaintiff to respond to Defendant's Motion to Dismiss. ECF No. 18.

Plaintiff filed his Complaint on December 9, 2016. ECF No. 1. On January 12, 2017, Plaintiff filed his Amended Complaint. ECF No. 10. On February 13, 2017, Defendant filed its Motion to Dismiss (the "Motion"). ECF No. 18. Counsel for Plaintiff has requested in good faith and not for the purposes of delay, and Defendant has agreed, to allow Plaintiff an additional 14 days to respond to the Motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the second request for an extension of this deadline.

///
///
///
///
///

THEREFORE, in consideration of the foregoing, and for good cause, the Parties hereby stipulate and agree as follows:

(1) Plaintiff shall respond to Defendant's Motion, ECF. No. 18, on or before March 27, 2017.

DATED this 13th day of March 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/ Rex Garner
Ariel E. Stern, Esq.
Rex Garner, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 16, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 13, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117