Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>                    Plaintiff,<br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC, and Experian Information Solutions, Inc.,<br><br>                    Defendants. | Case No: 2:16-cv-02858-JCM-PAL<br><br>**Notice of Settlement between Plaintiff and Bank of America, N.A.** |

**NOTICE**

The dispute between Plaintiff Timothy Holloway ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before May 26, 2017.

DATED this 27th day of March 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **May 26, 2017**, to file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation will be filed.

Dated: March 27, 2017

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 27, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117