Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>               Plaintiff,<br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>               Defendants. | Case No.: 2:16-cv-02858-JCM-PAL<br><br>**Stipulation of Dismissal of Bank of America, N.A.** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Timothy Holloway ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") stipulate to dismiss, with prejudice, Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 12th day of May 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/ Ariel E. Stern
Ariel E. Stern, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

By: /s/ Rex D. Garner
Rex D. Garner, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Defendant*
*Bank of America, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 12, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117