1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   6069 South Fort Apache Road, Suite 100
3  Las Vegas, Nevada 89148
4  Phone: (800) 400-6808 x7
   FAX: (800) 520-5523
5  mkind@kazlg.com

6  Sara Khosroabadi, Esq. (SBN: 13703)
7  HYDE & SWIGART
   6069 South Fort Apache Road, Suite 100
8  Las Vegas, Nevada 89148
   Phone: (619) 233-7770
9  FAX: (619) 297-1022
10 sara@westcoastlitigation.com

11 David H. Krieger, Esq. (SBN: 9086)
   HAINES & KRIEGER, LLC
12 8985 S. Eastern Avenue, Suite 350
13 Henderson, Nevada 89123
   Phone: (702) 880-5554
14 FAX: (702) 385-5518
15 dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>　　　　　Plaintiff,<br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC, and Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No: 2:16-cv-02858-JCM-PAL<br><br>**Notice of Settlement between Plaintiff and Experian Information Solutions, Inc.** |

# NOTICE

The dispute between Plaintiff Timothy Holloway ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before October 10, 2017.

DATED this 11th day of August 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **October 10, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: August 15, 2017

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 11, 2017, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148