Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>                     Plaintiff,<br><br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>                     Defendants. | Case No: 2:16-cv-02858-JCM-PAL<br><br>**Joint Status Report regarding Settlement** |

# JOINT STATUS REPORT

The dispute between Plaintiff Timothy Holloway ("Plaintiffs") and Experian Information Solutions, Inc. ("Defendant") has been resolved.

The Parties have finalized their settlement agreements and are waiting for executed copies of the agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **November 8, 2017**.

DATED this 10th day of October 2017.

Respectfully Submitted,

| **Kazerouni Law Group, APC** | **Naylor & Braster** |
|---|---|
| By: /s/ Michael Kind | By: /s/ Jennifer L. Braster |
| Michael Kind, Esq. | Jennifer L. Braster, Esq. |
| 6069 S Fort Apache Road, Suite 100 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |

**IT IS SO ORDERED** this 12th day of October, 2017

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 10, 2017, the foregoing status report was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
　　Michael Kind
　　6069 South Fort Apache Road, Suite 100
　　Las Vegas, Nevada 89148