Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Timothy Holloway*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Timothy Holloway,<br><br>    Plaintiff,<br><br>v.<br><br>Plusfour, Inc., Bank of America, N.A., Discover Bank, Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No: 2:16-cv-02858-JCM-PAL<br><br>**Third Status Report regarding Settlement** |

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# JOINT STATUS REPORT

The dispute between Plaintiff Timothy Holloway ("Plaintiffs") and Experian Information Solutions, Inc. ("Defendant") has been resolved.

The Parties have finalized their settlement agreements and are waiting for executed copies of the agreement to be exchanged. Plaintiff still requires additional time to finalize the settlement. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **January 19, 2018**.

DATED this 22nd day of December 2017.

Respectfully Submitted,

| **Kazerouni Law Group, APC** | **Naylor & Braster** |
|---|---|
| By: /s/ Michael Kind | By: /s/ Jennifer L. Braster |
| Michael Kind, Esq. | Jennifer L. Braster, Esq. |
| 6069 S Fort Apache Road, Suite 100 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |

**IT IS ORDERED** that the settling parties shall have until **January 19, 2018**, to either file a stipulation to dismiss with prejudice.  If the stipulation to dismiss is not filed the parties shall, alternatively, file joint pretrial order.

Dated: January 4, 2018

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 22, 2017, the foregoing status report was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148